```
                                              FILED
                                          2008 APR 30  PM 3:47

                                         CLERK US DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                        BY_____ ____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 1364 DMS |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| DAVID JOSEPH MEDINA, ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with |
| Defendant. ) | Intent to Distribute |

The grand jury charges:

### Count 1

On or about April 2, 2008, within the Southern District of California, defendant DAVID JOSEPH MEDINA did knowingly and intentionally import approximately 1.86 kilograms (approximately 4.1 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

WDK:em:Imperial
4/29/08

Case 3:08-cr-01364-POR    Document 8    Filed 04/30/2008    Page 2 of 2


<u>Count 2</u>

On or about April 2, 2008, within the Southern District of California, defendant DAVID JOSEPH MEDINA did knowingly and intentionally possess, with intent to distribute, approximately 1.86 kilograms (approximately 4.1 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: April 30, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney