PS8A

April 30, 2008

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Report on Defendant Under Supervision

FILED
MAY - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF    DEPUTY

**Name of Defendant:** Medina, David Joseph (English)  **Dkt No.:** 08MJ8287-001

08cr 1364 DMS

**Name of Judicial Officer:** The Honorable Peter C. Lewis, U.S. Magistrate Judge

**Date Conditions of Release Imposed:** April 3, 2008

**Conditions of Release:** restrict travel to Southern District of California; not to enter Mexico; report for supervision to the Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse; actively seek and maintain full-time employment, schooling, or combination of both.

**Date Released on Bond:** April 7, 2008

**Charged Offense:** Importation of a Controlled Substance (1.86 kg. of Marijuana)

**Next Court Hearing:** May 1, 2008

**Asst. U.S. Atty.:** John F. Weis          **Defense Counsel:** John Limon (appointed)
                                                              (619) 794-0423

**Prior Violation History:** None.

## NONCOMPLIANCE SUMMARY

On April 10 and 21, 2008, the defendant submitted dilute urine samples at Mental Health Systems, Inc. in El Centro, California, which screened negative. According to U.S. Pretrial Services Drug Analysis Specialist Paula Svandova, the dilute specimens, although negative, showed traces of drug activity. On April 28, 2008, Mr. Medina reported to the El Centro Pretrial Services office for a random drug test, and he again submitted a dilute urine sample. The defendant was ordered to return to the office at a later time. Mr. Medina returned to the office and submitted a urine sample which screened positive for marijuana use.

On April 29, 2008, the defendant was confronted regarding his positive urine sample. Mr. Medina admitted using marijuana on April 19, 2008. The defendant was admonished and reminded of the consequences if he continues to violate his conditions of release. Mr. Medina was also reprimanded for providing dilute urine samples. The defendant assured the undersigned he could refrain from any further illicit drug use while on bond. Mr. Medina agreed to enroll in an outpatient drug treatment program.

Medina, David Joseph                                            April 30, 2008
Dkt No.: 08MJ8287-001                                                   Page 2

**U.S. Pretrial Services Officer Recommendation:**

In light of the defendant's desire to remain in compliance with his conditions of release, our office is not requesting any court action at this time. The defendant is willing to address his drug problem by enrolling in an outpatient drug treatment program. Pretrial Services will continue to monitor his compliance and any further violations will be reported to the court forthwith.

Respectfully submitted:                    Reviewed and approved:

by _[signature]_____             _[signature]_____
Yolanda German                             Carlos Gutierrez
U.S. Pretrial Services Officer             Supervising U.S. Pretrial Services Officer
(760) 482-2872

Attachments

**THE COURT ORDERS:**

  ✓    TAKE NO ACTION

  ___  Other _____

_[signature]_____                5-1-08
U.S. Magistrate Judge Peter C. Lewis       Date