1  **JOHN C. LEMON**
California Bar No. 175847
2  **LAW OFFICES OF JOHN C. LEMON, APC**
1350 Columbia Street, Suite 600
3  San Diego, California  92101
Telephone:  (619) 794-0423
4

5  Attorney for **Mr. Medina**

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE DANA M. SABRAW)**

11  UNITED STATES OF AMERICA,        )   Criminal No. 08cr1364-DMS
                                     )
12            Plaintiff,             )   Date:    June 6, 2008
                                     )   Time:    11:00 a.m.
13            v.                     )
                                     )
14  **DAVID JOSEPH MEDINA,**         )
                                     )
15            Defendant.             )   **NOTICE OF MOTION AND**
                                     )   **MOTION TO PRODUCE DISCOVERY**
16  _____     )

17  TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
        STUART YOUNG, ASSISTANT UNITED STATES ATTORNEY.
18

19       **PLEASE TAKE NOTICE** that on June 6, 2008 at 11:00 a.m., or as soon thereafter as counsel may

20  be heard, the defendant, David Joseph Medina, by and through his attorney, John C. Lemon, will ask this

21  Court to enter an order granting the motion listed below.

22  //

23  //

24  //

25  //

26  //

27  //

28

                                              1                              08cr1364-DMS

# MOTION

David Joseph Medina, the accused in this case, by and through his attorney, John C. Lemon, pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this court to grant the following motion:

**1)** **Compel the production of discovery.**

This motion is based upon the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on this motion.

Respectfully submitted,

Dated: May 26, 2008

**/s/ John C. Lemon**
**JOHN C. LEMON**
Attorney for Mr. Medina