1

## CERTIFICATE OF SERVICE

2          Counsel for Defendant certifies that he has electronically filed the attached documents.

3    Additionally, a courtesy copy of the documents will be delivered to:

4          Chambers

5          Mr. Medina

6

7    Dated: May 26, 2008                    /s/ John C. Lemon
                                       Law Offices of John C. Lemon, APC
8                                      1350 Columbia Street, Suite 600
                                       San Diego, CA 92101
9                                      jlemon@san.rr.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28