**JOHN C. LEMON**
California Bar No. 175847
**LAW OFFICES OF JOHN C. LEMON, APC**
1350 Columbia Street, Suite 600
San Diego, California  92101
Telephone:  (619) 794-0423
email: jlemon@san.rr.com

Attorney for **Mr. Medina**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08cr1364-DMS |
| Plaintiff, | Date:    June 6, 2008 |
| | Time:    11:00 a.m. |
| v. | |
| **DAVID JOSEPH MEDINA,** | |
| Defendant. | **MOTION TO SHORTEN TIME** |

The defendant, David Joseph Medina, by and through counsel, John C. Lemon, moves to shorten the time to file his Motion to Compel Discovery to eleven days.  The basis for this motion is set forth in the attached declaration of counsel.

Respectfully submitted,

Dated: May 26, 2008

**/s/ John C. Lemon**
**JOHN C. LEMON**
Attorney for Mr. Medina