**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that he has electronically filed the attached documents.

Dated: May 26, 2008

       /s/ John C. Lemon
Law Offices of John C. Lemon, APC
433 G Street, Suite 202
San Diego, CA 92101
jlemon@san.rr.com

08cr1364-DMS