**JOHN C. LEMON**
California Bar No. 175847
**LAW OFFICES OF JOHN C. LEMON, APC**
1350 Columbia Street, Suite 600
San Diego, California  92101
Telephone:  (619) 794-0423
email: jlemon@san.rr.com

Attorney for **Mr. Medina**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DAVID JOSEPH MEDINA,** )<br>)<br>Defendant. )<br>)<br>)<br>)<br>_____) | Case No. 08cr1364-DMS<br><br><br><br>**ORDER ON MOTION TO**<br>**SHORTEN TIME** |

Upon application of counsel for defendant David Joseph Medina, and good cause having been shown, IT IS HEREBY ORDERED AS FOLLOWS:

Mr. Medina is permitted to file his Motion to Compel Discovery eleven days in advance of the June 6, 2008 motion hearing.

**SO ORDERED.**

DATED:  May 27, 2008

_____
HON. DANA M. SABRAW
United States District Judge