| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | STEWART M. YOUNG |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 234889 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6228 / (619) 235-2757(Fax) |
| | Email: stewart.young@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-1364 DMS |
| | ) | |
| Plaintiff, | ) | DATE: June 6, 2008 |
| | ) | TIME: 11 a.m. |
| v. | ) | |
| | ) | JOINT MOTION TO CONTINUE MOTION |
| DAVID JOSEPH MEDINA, | ) | HEARING DATE |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES plaintiff United States of America, by and through its counsel, U.S. Attorney Karen P. Hewitt and Assistant U.S. Attorney Stewart M. Young, and defendant David Joseph Medina, by and through his counsel John Lemon, and herein jointly request this Court to continue the motion hearing currently set for June 6, 2008, at 11:00 a.m., to July 25, 2008, at 2:00 p.m. The basis for this request is that the parties are currently in negotiations on a disposition.

DATED: June 5, 2008.

Respectfully submitted,

Karen P. Hewitt
United States Attorney

s/*Stewart M. Young*                             s/ John Lemon
Stewart M. Young                                 John Lemon, Esq.
Assistant United States Attorney                 Jlemon@san.rr.com

Attorneys for Plaintiff                          Attorney for Defendant David
United States of America                         Joseph Medina

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-CR-1364 DMS |
| Plaintiff, ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| DAVID JOSEPH MEDINA, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

    I, Stewart M. Young, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the Joint Motion to Continue Supervised Release Hearing on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1. John Lemon, Esq.
       Jlemon@san.rr.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2008.

        s/ *Stewart M. Young*
        Stewart M. Young