# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br><br>DAVID JOSEPH MEDINA,<br><br>              Defendant. | Criminal Case No. 08-CR-1364 DMS<br><br><br><br>**ORDER GRANTING REQUEST FOR CONTINUANCE OF MOTION HEARING** |

      GOOD CAUSE EXISTING, IT IS HEREBY ORDERED that the joint motion to continue the motion hearing be GRANTED, and that the motion hearing scheduled for June 6, 2008 at 11:00 a.m., be continued to July 25, 2008, at 11 a.m.

IT IS SO ORDERED.

DATED: June 5, 2008

_____

HON. DANA M. SABRAW

United States District Judge