1    **JOHN C. LEMON**
California Bar No. 175847
2    **LAW OFFICES OF JOHN C. LEMON, APC**
1350 Columbia Street, Suite 600
3    San Diego, California 92101
Telephone: (619) 794-0423
4    email: jlemon@san.rr.com

5    Attorney for **Mr. Medina**

6

7

8               UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10             **(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| 11   UNITED STATES OF AMERICA, | ) | Criminal No. 08cr1364-DMS |
| 12         Plaintiff, | ) ) | Date: July 25, 2008 |
| 13         v. | ) ) | Time: 1:30 p.m. |
| 14   **DAVID JOSEPH MEDINA,** | ) ) | **JOINT MOTION TO CONTINUE MOTION HEARING** |
| 15         Defendant. | ) ) | |
| 16 | ) | |

17

18        The defendant, David Joseph Medina, through his attorney, John C. Lemon, and the United States

19 of America, by its counsel, Karen P. Hewitt, United States Attorney, and Stewart M. Young, Assistant

20 United States Attorney, jointly move the Court to continue the motion hearing currently scheduled for July

21 25, 2008, at 11:00 a.m., to August 15, 2008, at 11:00 a.m.

22        This joint motion is made at the request of undersigned defense counsel, who is in trial in federal

23 court in Riverside.

24

25 Dated: July 24, 2008                        /s/ John C. Lemon
26                                      JOHN C. LEMON
                                       Attorney for Mr. Medina

27 Dated: July 24, 2008                        /s/ Stewart M. Young
28                                      STEWART M. YOUNG
                                     Assistant United States Attorney