**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that he has electronically filed the attached pleading.

Dated: July 24, 2008                    /s/ John C. Lemon
                                        Law Offices of John C. Lemon, APC
                                        1350 Columbia Street, Suite 600
                                        San Diego, CA 92101
                                        (619) 794-0423 (tel)
                                        (619) 652-9964 (fax)
                                        jlemon@san.rr.com (email)