1  JOHN C. LEMON
   California Bar No. 175847
2  LAW OFFICES OF JOHN C. LEMON, APC
   1350 Columbia Street, Suite 600
3  San Diego, California 92101
   Telephone: (619) 794-0423
4  email: jlemon@san.rr.com

5  Attorney for **Mr. Medina**

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE DANA M. SABRAW)**

11  UNITED STATES OF AMERICA,    )   Criminal No. 08cr1364-DMS
                                 )
12         Plaintiff,             )   Date:  July 25, 2008
                                 )   Time:  1:30 p.m.
13         v.                     )
                                 )
14  DAVID JOSEPH MEDINA,          )   JOINT MOTION TO CONTINUE
                                 )   MOTION HEARING ¿ORDER
15                               )
           Defendant.              )
16                               )
                                 )
17  _____

18      The defendant, David Joseph Medina, through his attorney, John C. Lemon, and the United States

19  of America, by its counsel, Karen P. Hewitt, United States Attorney, and Stewart M. Young, Assistant

20  United States Attorney, jointly move the Court to continue the motion hearing currently scheduled for July

21  25, 2008, at 11:00 a.m., to August 15, 2008, at 11:00 a.m.

22      This joint motion is made at the request of undersigned defense counsel, who is in trial in federal

23  court in Riverside.

24

25  Dated: July 24, 2008                    /s/ John C. Lemon
                                            JOHN C. LEMON
26                                          Attorney for Mr. Medina

27  Dated: July 24, 2008                    /s/ Stewart M. Young
                                            STEWART M. YOUNG
28                                          Assistant United States Attorney

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | Counsel for Defendant certifies that he has electronically filed the attached pleading. |

Dated: July 24, 2008

/s/ John C. Lemon
Law Offices of John C. Lemon, APC
1350 Columbia Street, Suite 600
San Diego, CA 92101
(619) 794-0423 (tel)
(619) 652-9964 (fax)
jlemon@san.rr.com (email)

ORDER:

IT IS SO ORDERED.

DATED 7-24-08

[signature]

UNITED STATES DISTRICT JUDGE

DANA M. SABRAW