**JOHN C. LEMON**
California Bar No. 175847
**LAW OFFICES OF JOHN C. LEMON, APC**
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0423
email: jlemon@san.rr.com

Attorney for **Mr. Medina**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08cr1364-DMS |
| Plaintiff, ) | Date: August 15, 2008 |
| ) | Time: 11:00 a.m. |
| v. ) | |
| DAVID JOSEPH MEDINA, ) | **JOINT MOTION TO CONTINUE MOTION HEARING** |
| Defendant. ) | |

The defendant, David Joseph Medina, through his attorney, John C. Lemon, and the United States of America, by its counsel, Karen P. Hewitt, United States Attorney, and Stewart M. Young, Assistant United States Attorney, jointly move the Court to continue the motion hearing currently scheduled for August 15, 2008, at 11:00 a.m. to September 12, 2008 at 11:00 a.m.

This joint motion is made at the request of both parties, who anticipate a disposition before a magistrate judge.

Dated: August 13, 2008     /s/ John C. Lemon
                           JOHN C. LEMON
                           Attorney for Mr. Medina

Dated: August 13, 2008     /s/ Stewart M. Young
                           STEWART M. YOUNG
                           Assistant United States Attorney