**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that he has electronically filed the attached pleading.

Dated: August 13, 2008        /s/ John C. Lemon
Law Offices of John C. Lemon, APC
1350 Columbia Street, Suite 600
San Diego, CA 92101
(619) 794-0423 (tel)
(619) 652-9964 (fax)
jlemon@san.rr.com (email)