1  JOHN C. LEMON
   California Bar No. 175847
2  **LAW OFFICES OF JOHN C. LEMON, APC**
   1350 Columbia Street, Suite 600
3  San Diego, CA 92101
   Telephone: (619) 794-0423
4  email: jlemon@san.rr.com

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE DANA M. SABRAW)**

11 UNITED STATES OF AMERICA,           )   Criminal No: 08cr1364-DMS
                                       )
12          Plaintiff,                 )
                                       )
13          v.                         )   **ORDER CONTINUING**
                                       )   **MOTION HEARING**
14                                     )
   **DAVID JOSEPH MEDINA,**            )
15                                     )
            Defendant.                 )
16 _____)

17

18      Good cause appearing:

19      **IT IS HEREBY ORDERED** that the motion hearing currently scheduled for August 15, 2008,

20 at 11:00 a.m. be continued to September 15 2008, at 11:00 a.m.

21      **SO ORDERED.**

22

23

24 DATED: ___8/14-08___           _____

25                                **HONORABLE DANA M. SABRAW**
                                  United Stated District Judge
26

27

28