FILED
SEP - 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-1364DMS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | I N F O R M A T I O N |
| | ) | **(Superseding)** |
| v. | ) | Title 21, U.S.C., Sec. 844(a) |
| | ) | Possession of Marijuana |
| DAVID JOSEPH MEDINA, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about April 2, 2008, within the Southern District of California, defendant David Joseph Medina did knowingly and intentionally possess a controlled substance, to wit, 1.86 kilograms of marijuana, in violation of Title 21, United States Code, Section 844(a).

DATED: Sept. 9, 2008.

KAREN P. HEWITT
United States Attorney

STEWART M. YOUNG
Assistant U.S. Attorney