MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.   DAVID JOSEPH MEDINA                           No.   08cr1364-DMS

HON.   Louisa S. Porter                    Tape No.   POR08-1:10:13-10:28

Asst. U.S. Attorney   Stewart M. Young           PTSO   Dave Horton

|      |                    |   |     |     |     |         | #   | Status |
|------|--------------------|---|-----|-----|-----|---------|-----|--------|
| Atty | John C. Lemon      | X | Apt | ___ | Ret | for Medina | (1) | (C) |
|      |                    |   | Apt |     | Ret | for     | ( ) | ( ) |
|      |                    |   | Apt |     | Ret | for     | ( ) | ( ) |
|      |                    |   | Apt |     | Ret | for     | ( ) | ( ) |
|      |                    |   | Apt |     | Ret | for     | ( ) | ( ) |
|      |                    |   | Apt |     | Ret | for     | ( ) | ( ) |

___ Apt for Material Witness(es)

PROCEEDINGS:     ___ In Chambers    X  In Court    ___ By Telephone

Arraignment - Held (2m)
Change of Plea Hearing - Held (7m)
Sentencing Hearing - Held (6m)


Superseding Information filed.
Consent to proceed before Magistrate filed.
Guilty Plea Entered on Count 1 of the Superseding Information.
Plea Agreement filed.
Defendant found Guilty on count 1 of the Superseding Information.
Defendant sentenced to Time Served and 1 year of Supervised Release
No Fine ordered
Penalty Assessment of $10.00 Remanded.
Government's oral motion to dismissed the underlying Indictment - Granted.

Date   September 9, 2008                              R. F. Messig
                                                      Deputy's Initials