FILED
2008 SEP 10 AM 9:04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 08cr1364-DMS |
| v. | ) JUDGMENT AND COMMITMENT |
| DAVID JOSEPH MEDINA | ) JOHN C. LEMON |
| | ) Defendant's Attorney |

REGISTRATION NO. 06174298

VIOLATION: 21:844(a) - POSSESSION OF MARIJUANA

_x_ Defendant pleaded guilty to count 1 of the Superseding Information
___ Count(s) _____ dismissed on the government's oral motion.

## JUDGMENT AND COMMITMENT

_x_ Defendant is adjudged guilty on count 1 of the Superseding Information

The defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of
TIME SERVED.

_x_ SUPERVISED Release for a term of ONE (1) YEAR
on the following conditions:
_x_ obey all laws, Federal, State and Municipal
_x_ comply with all lawful rules and regulations of the probation department
_x_ not possess any narcotic drug or controlled substance without a lawful medical prescription
___ not transport, harbor or assist undocumented aliens
___ not reenter the United States illegally
___ not possess any firearm, destructive device or any other dangerous weapon
_x_ submit to drug testing as directed by the probation officer.

___ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses
    a low risk of future substance abuse.
_x_ Penalty assessment of $ REMANDED
_x_ Fine waived          ___ Fine of $

  IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of
name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay
restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

  IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or
other qualified officer and that the copy serve as the commitment of the defendant.

SEPTEMBER 9, 2008
Date of Imposition of Sentence

LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE
Entered on: